IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Aaron L. Jones, | : | CASE NO.: 20CV-3301 |
| | | JUDGE MORRISON |
| *Plaintiff,* | : | MAGISTRATE JUDGE PRESTON DEAVERS |
| | | |
| v. | : | |
| | | |
| Mike DeWine, *et al.*, | : | |
| | | |
| *Defendants.* | : | |

## OPINION AND ORDER

The Magistrate Judge's December 30, 2021 Order and Report and Recommendation ("December R and R") found Plaintiff Aaron Jones to be a "three striker" under 28 U.S.C. § 1915(g). (No. 50, PageID 449.) The December R and R recommended: (1) denial of his *in forma pauperis* application; (2) requiring Mr. Jones to pay the full filing fee within thirty days of the December R and R; and (3) holding an appeal of any order adopting the December R and R would be in bad faith. *Id.*, PageID 449-450.

Mr. Jones timely objected to the December R and R, arguing that he previously fully paid the filing fee. (No. 51, PageID 453.)  In response, the Magistrate Judge's January 12, 2022 Order and Report and Recommendation ("January R and R") amended and clarified the December R and R "to the extent that it is hereby **LIMITED** to the recommendation that the Court deny Plaintiff's Application to Proceed *In Forma Pauperis* . . . ." (No. 52, PageID 458.) The January R and R also recommended that the Undersigned direct the Clerk to reimburse Mr. Jones $20.31, the sum he paid in excess of the applicable filing fee. *Id.*, PageID 459.

1

2

Mr. Jones did not object to the January R and R. Accordingly, the Court **ADOPTS** the January R and R (No. 52), **DENIES** Mr. Jones' Application to Proceed *In Forma Pauperis* (No. 14), and **ORDERS** the Clerk to reimburse Mr. Jones $20.31 for his filing fee overpayment.

**IT IS SO ORDERED**.

s/Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**